Harry Buckley, appellee, v. Edgewater Beach Hotel Company et al., defendants, on appeal of James McAlvany, appellant. Gen. No. 31,930.

Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded on authority of Gen. No. 31,929 *ante*, p. 239. Taylor, P. J., dissents. Opinion filed January 18, 1928.

Brundage, Landon & Holt and Foreman, Bluford, Steele & Schultz, for appellant; Benson Landon, of counsel. Litsinger, Healy & Reid, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Charles Scribner Eaton, defendants in error, v. Edmund K. Jarecki, county judge, et al. Leonard J. Grossman, plaintiff in error. Gen. No. 31,948.

Petition to mandamus retabulation of election returns. Writ awarded. Error to the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and judgment here. Opinion filed January 18, 1928.

Kirkland, Patterson & Fleming, for plaintiff in error; Joseph B. Fleming, Cornelius J. Harrington and Joseph H. Pleck, of counsel. No appearance for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.

---

Winifred Fink, administratrix of the estate of William Fink, deceased, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,921.

Action for death by wrongful act in automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook County; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed January 30, 1928.

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant; Benjamin Samuels, of counsel. James C. McShane, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Maud C. Coville, administratrix of the estate of Walter P. Coville, deceased, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 31,986.

Action to recover for death of employee under Federal Employers' Liability Act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 30, 1928. Rehearing denied February 11, 1928.

McCordic, Dent & Freeman, for appellant. H. H. Patterson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.